**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

SIN JOHAL,                                      )
                                                )
                Petitioner,                     )
                                                )
v.                                              )        Case No. CIV-25-1408-J
                                                )
PAMELA BONDI, et al.,                           )
                                                )
                Respondents.                    )

## JUDGMENT

Pursuant to the Order filed this same day, Petitioner's Verified Petition for Writ of Habeas

Corpus is DENIED.

IT IS SO ORDERED this 1st day of April, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE